

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANTHONY C. AGUILAR AND MICHAEL A. AGUILAR, | § | No. 08-20-00242-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 384th Judicial District Court |
| | § | |
| MARGARET MORALES, WILLIAM ELTON LEIGHNER, ARTHUR BAYERN, RENE PENA and LILLIAN ELLER, | § | of El Paso County, Texas |
| | § | (TC# 2016DCV0462 ) |
| | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF OCTOBER, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.